

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

## No. 07-19-00390-CV
_____

### IN THE MATTER OF A.M.

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. J-1583; Honorable Phil N. Vanderpool, Presiding

December 30, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, A.M.,[1] appeals from the trial court's order modifying a prior juvenile probation disposition and placing A.M. in the custody of the Parent Adolescent Center. TEX. FAM. CODE ANN. §§ 54.05, 56.01(c)(1)(D) (West Supp. 2019). Now pending before this court is the unopposed *Motion to Dismiss Appeal* filed by A.M. Without passing on the merits of the appeal, A.M.'s motion is granted and the appeal is dismissed. TEX. R.

---

[1] To protect the privacy of the parties, we refer to them by their initials. TEX. FAM. CODE. ANN. § 56.01(j); TEX. R. APP. P. 9.8(c).

APP. P. 42.1(a)(1). Having dismissed this appeal at A.M.'s request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam